UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KELLEE MITCHELL, *individually, and on behalf of*
*others similarly situated*,

                      Plaintiff,

        -v-

SIRIUS XM RADIO, INC.,

                      Defendant.

------------------------------------------------------------------X

23-cv-6092 (LJL)

ORDER

┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED: _08/22/2023__       │
└─────────────────────────────────┘

LEWIS J. LIMAN, United States District Judge:

       Plaintiff Kellee Mitchell has filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Under *Samake v. Thunder Lube*, Inc., 24 F.4th 804, 809–811 (2d Cir. 2022), the Court retains jurisdiction over this action for the limited purpose of determining whether a settlement of the Fair Labor Standard Act claim exists and, if so, its fairness.  Accordingly, the parties are directed to submit a joint letter on or before August 25, 2023 indicating whether such a settlement exists and thus whether a hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) is required.

       SO ORDERED.

Dated: August 22, 2023
      New York, New York

                                   LEWIS J. LIMAN
                             United States District Judge